IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nevins, Clarence | Case Number: 04 B 29877 |
|---|---|---|
| | Nevins, Delania Y | Judge: Hollis, Pamela S |
| | Printed: 5/27/08 | Filed: 8/11/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 4, 2007
Confirmed: November 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 17,976.02 | |
| Secured: | | 14,116.57 |
| Unsecured: | | 669.09 |
| Priority: | | 0.00 |
| Administrative: | | 1,994.00 |
| Trustee Fee: | | 946.21 |
| Other Funds: | | 250.15 |
| Totals: | 17,976.02 | 17,976.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 1,994.00 | 1,994.00 |
| 2. | Crown Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 14,116.57 | 14,116.57 |
| 4. | DaimlerChrysler Servs North America | Unsecured | 0.00 | 0.00 |
| 5. | National Capital Management | Unsecured | 67.36 | 67.36 |
| 6. | National Capital Management | Unsecured | 125.48 | 125.48 |
| 7. | Nicor Gas | Unsecured | 102.73 | 102.73 |
| 8. | National Capital Management | Unsecured | 309.17 | 309.17 |
| 9. | Midland Finance Company/CPS | Unsecured | 64.35 | 64.35 |
| 10. | Village Of Bellwood | Secured | | No Claim Filed |
| 11. | Blitt & Gaines | Secured | | No Claim Filed |
| 12. | Schottler & Zukosky | Priority | | No Claim Filed |
| 13. | ADT Security Systems | Unsecured | | No Claim Filed |
| 14. | CAC Financial Corp | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Charles Feinstein MD | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Financial Recovery | Unsecured | | No Claim Filed |
| 19. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 20. | WARDS | Unsecured | | No Claim Filed |
| 21. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 22. | SBC | Unsecured | | No Claim Filed |
| 23. | First National Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,779.66 | $ 16,779.66 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nevins, Clarence  
Nevins, Delania Y  
Printed: 5/27/08

Case Number: 04 B 29877  
Judge: Hollis, Pamela S  
Filed: 8/11/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 219.12 |
| 4% | 49.68 |
| 3% | 18.42 |
| 5.5% | 216.75 |
| 5% | 62.10 |
| 4.8% | 119.22 |
| 5.4% | 260.92 |
|  | _____ |
|  | $ 946.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

